792

## Commonwealth v. Dunn, Appellant.

Submitted March 19, 1973. *N. A. Patterson*, for appellant; *H. Brown Fry*, Acting District Attorney, for Commonwealth, appellee.
Order affirmed.

## Commonwealth v. Eshleman, Appellant.

Argued March 20, 1973. *Wayne G. Hummer, Jr.*, with him *Lombardo and Hummer*, for appellant; no oral argument was made nor brief submitted for Commonwealth, appellee.
Judgment of sentence affirmed.

## Commonwealth v. Fletcher, Appellant.

Submitted April 10, 1973. *A. J. Marion*, for appellant; *W. Bertram Waychoff*, District Attorney, and *C. Robert McCall*, for Commonwealth, appellee.
Order affirmed.